(January 6, 1941.)

In the Matter of the Arbitration of Certain Differences between PENFOLD GOLF BALLS, INC., and NATIONAL GOLF PRODUCTS, INC. PENFOLD GOLF BALLS, INC., Petitioner, Respondent, NATIONAL GOLF PRODUCTS, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN K. AYEW, as President of the Gold Coast Farmers Association, Appellant, v. WILLARD HAWES & Co., INC., and Others, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously modified by eliminating therefrom the provisions which require plaintiff to pay the expenses and counsel fees of the defendants as a condition for the issuance of a commission to take the deposition of the witness, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

(January 10, 1941.)

HENDRIK C. ANDERSON and Others, Suing on Their Own Behalf and on Behalf of All Others Similarly Situated, Appellants, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Townley and Untermyer, JJ., dissent.

FRANK MASCALI & SONS, INC., Appellant, v. FEDERATION BANK AND TRUST COMPANY, Respondent, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HAROLD D. SCHARF, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN, President, and Others, Members Together Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.